IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00278-GPG

GRANT MITCHELL SAXENA,

    Plaintiff,

v.

THE CITY OF DENVER, COLORADO,
MARK M. ALLEN,
KENNETH BOYD,
BRIAN T. CAMPBELL,
MICHELLE L. FOLMAR,
GARY JACKSON,
RACHEL LOPEZ,
BETH MCCANN,
ANTHONY MONTOYA,
RACHEL ROBINSON, and
ALLISON ROCKER,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Grant Mitchell Saxena resides in West Palm Beach, Florida. On January 31, 2022, Plaintiff filed *pro se* a *Complaint* (ECF No. 1) and an *Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)* (ECF No. 3).

On February 2, 2022, the Court denied Plaintiff's motion to proceed in this action under 28 U.S.C. § 1915. (ECF No. 4). The Court ordered Plaintiff to pay the full amount of $402.00 ($350.00 filing fee, plus a $52.00 administrative fee) within thirty days to pursue any claims in this action. (*Id.* at 2-3). The Court warned Plaintiff that the action would be dismissed without further notice if the full amount of $402.00 was not paid

within thirty days. (*Id.*).

On March 1, 2022, Plaintiff filed a *Notice of Fee Waiver* (ECF No. 5), which is a form that can be used in Colorado state court. As explained by the Court in a March 1 minute order, the state-court form did not apply to this case because it is pending in federal court—thus, Plaintiff remained obligated to comply with the Court's order that he pay the full amount of $402.00 in this case. (ECF No. 6). Still, the Court gave Plaintiff additional time—until March 14, 2022—to pay the filing fee in full, and again warned that failure to pay the full amount of $402.00 within the time allowed would result in dismissal of this action without further notice. (*Id.*).

Plaintiff has failed to pay the filing fee as directed within the time allowed. (*See* docket). Thus, this action will be dismissed without prejudice for failure to comply with the Court's order and failure to pay the required filing fee.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If a notice of appeal is filed, Plaintiff must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a Court order and failure to pay the required filing fee. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  23rd  day of    March    , 2022.

BY THE COURT:

     s/Lewis T. Babcock     
LEWIS T. BABCOCK, Senior Judge
United States District Court