IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00278-LTB

GRANT MITCHELL SAXENA,

    Plaintiff,

v.

THE CITY OF DENVER, COLORADO,
MARK M. ALLEN,
KENNETH BOYD,
BRIAN T. CAMPBELL,
MICHELLE L. FOLMAR,
GARY JACKSON,
RACHEL LOPEZ,
BETH MCCANN,
ANTHONY MONTOYA,
RACHEL ROBINSON, and
ALLISON ROCKER,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 23, 2022, it is hereby ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, March 23, 2022.

                                      FOR THE COURT,

                                      JEFFREY P. COLWELL, Clerk

                                      By: s/ T . Vo
                                      Deputy Clerk